# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
               Appellant,
        vs.
CAPUCINE YOLANDA HOLMES,
               Respondent.

No. 80923

**FILED**

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying rehearing. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order appealed from is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order denying rehearing. *Alvis v. State, Gaming Control Bd.*, 99 Nev. 184, 660 P.2d 980 (1983), *disapproved of on other grounds by AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-14506

cc: Hon. Rena G. Hughes, District Judge, Family Court Division
Wilbert Roy Holmes
Heaton Fontano, Ltd.
Eighth District Court Clerk